COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | William Williams (J)# | CASE NO: | 00-4280-BSS |
| AUSA: | Larry Bardfeld *present* | ATTNY: | Bob Berube |
| AGENT: | | VIOL: | PWID cocaine & Importation |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes (no)   COUNSEL APPOINTED: _FPD_

___ BOND SET @ $200,000 Corp Surety w/ Nebbia

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House
___ Electronic Monitoring

A - advised of charges
A - sworn for Counsel
No Bond hrg held.
Both sides stipulate
to a high Corp.
Surety bond —
reserving right to
proceed w/ PTD
hearing at a later
date

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 12-11-00   11:00am   LSS
STATUS CONFERENCE: _____
DATE: 11-30-00   TIME: 11:00am  12:00pm   TAPE # 00-0946  PG # 1
1661 - 1820
2000 - 2060