| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER: CR 00-___ | |
| Plaintiff ) | 55569-004 | |
| ) | | |
| -vs- ) | REPORT COMMENCING CRIMINAL ACTION | |
| ) | | |
| William T. Williams ) | | |
| Defendant | | |

*********************************************************************

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
U.S. DISTRICT COURT                (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.
*********************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 11-28-00 / 7:30    a.m./(p.m.)

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: Importation of Cocaine / Distribution of Cocaine (21 USC 952(a) & 21 USC 841(a)(1))

(4) UNITED STATES CITIZEN: (X)YES  ( )NO  ( )UNKNOWN

(5) DATE OF BIRTH: 09-16-1980

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[ ] INDICTMENT   [X] COMPLAINT   CASE # _____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: Southern Florida
COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ]YES [ ]NO

AMOUNT OF BOND:$ PTD    WHO SET BOND? Duty AUSA

(7) REMARKS: _____

(8) DATE: 11-28-00    (9) ARRESTING OFFICER Adam Flood SSA/USCS

(10) AGENCY U.S. Customs    (11) PHONE # 954-810-2839

(12) COMMENTS Possible outstanding warrant in North Carolina - Failure to appear