UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4280-SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

WILLIAM T. WILLIAMS,

        Defendant.

_____/

FILED by _____ D.C.

DEC  7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

        The Defendant, WILLIAMS, WILLIAM T. , through undersigned counsel, and pursuant to Fed. R. Crim. P. 16(a)(c)(e) requests disclosure by the government of expert testimony the government intends to introduce during its case-in-chief. As to each potential expert witness, it is requested that the government disclose the name of the expert, the witnesses qualifications, present employment, a summary of the witness' opinion, and the basis and reasons for the opinion.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

By: _____

        Robert N. Berube
        Supervisory Assistant
        Federal Public Defender
        Florida Bar No. 304247
        Attorney for Defendant
        101 N.E. 3rd Avenue, Suite 202
        Fort Lauderdale, Florida 33301
        (954) 356-7436 / (Fax) 356-7556



CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 5th day

of December, 2000, to the United States Attorney's Office, at 299 East Broward Boulevard, Fort

Lauderdale, Florida 33301.

Robert N. Berube