UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. **00-6339**
21 U.S.C. § 841(a)(1)
21 U.S.C. § 952(a)

**CR-FERGUSON**

MAGISTRATE JUDGE'
SNOW

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
v.                          )
                            )
WILLIAM T. WILLIAMS, JR.,   )
                            )
            Defendant.      )
_____)

### INDICTMENT

The Grand Jury charges that:

#### COUNT 1

On or about November 28, 2000, at Broward County, in the Southern District of Florida, the defendant,

WILLIAM T. WILLIAMS, JR.,

did knowingly and intentionally import into the United States from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a).



### COUNT 2

Beginning on or about November 28, 2000, until on or about November 29, 2000, at Broward County, in the Southern District of Florida, the defendant,

WILLIAM T. WILLIAMS, JR.,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.

WILLIAM T. WILLIAMS, JR.          **CERTIFICATE OF TRIAL ATTORNEY***

**Court Division:** (Select One)

**Superseding Case Information:**
New Defendant(s)    Yes ___   No ___
Number of New Defendants    ___
Total number of counts    ___

___ Miami    ___ Key West
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _No_
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                  (Check only one)

   I    0 to 5 days        _X_      Petty    ___
   II   6 to 10 days       ___      Minor    ___
   III  11 to 20 days      ___      Misdem.  ___
   IV   21 to 60 days      ___      Felony   _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _Yes_
   If yes:
   Magistrate Case No. _00-4280-BSS_
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of _November 30, 2000_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*[signature]*
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 712450

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: WILLIAM T. WILLIAMS, JR.          No.:_____

Counts # I:
Importation of Cocaine; 21 USC 952

*Max Penalty: Forty (40) years' imprisonment; Mandatory Minimum of Five (5) years; $2,000,000 fine;

Counts # :2
 Possession With Intent to Distribute Cocaine; 21 U.S.C. 841(a)(1)

*Max Penalty: Forty (40) years' imprisonment; Mandatory Minimum of Five (5) years; $2,000,000 fine

Count #:


*Max Penalty:


Count #:


*Max Penalty:


Count # :


*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96