UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6339-CR-FERGUSON

UNITED STATES OF AMERICA

vs

WILLIAM T. WILLIAMS

FILED by _____ D.C.
DEC 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on DECEMBER 11, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:     Address: __CUSTODY_____

Telephone: _____

DEFENSE COUNSEL:     Name: ____FEDERAL PUBLIC DEFENDER_____

Address: _____

Telephone: _____

BOND SET/CONTINUED:     $_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __11TH__ day of __DECEMBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
       Deputy Clerk

Tape No. __00-__065__

cc: Copy for Judge
    U. S. Attorney

