FILED by ___ D.C.

JAN - 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT___WILLIAM T. WILLIAMS_____CASE NO:___00-6330-CR-FERGUSON___  
*6339*

AUSA___LARRY BARDFELD___/ *Dana W.* ATTY___FPD___*Welcox*_____

*Disc out -*

*01-001*
*@ 1*

DEFT___LEWIS FRANKLIN_____CASE NO:___00-8155-CR-FERGUSON___

AUSA___RICHARD BROWN___/ *Dana W.*___ATTY___FPD___*Welcox for that*

*Disc going out today*
*PT motions due Jan 21*

*@ 39*

DEFT___JOANN HOPE_____CASE NO:___00-6347-CR-ZLOCH___

AUSA___KATHLEEN RICE___/ *Washington* ATTY___FPD - *Welcox for Day*

*Disc out -*
*PT motions due Jan 21*

*@ 89*

DEFT___ORSON HARRIS_____CASE NO:___00-6346-CR-FERGUSON___

AUSA___KATHLEEN RICE___/ *Washington* ATTY___FPD___*Welcox*

*Disc out*
*PT motion due - Jan 29*

*@ 89*

DEFT_____CASE NO:_____

AUSA_____ATTY_____


DEFT_____CASE NO:_____

AUSA_____ATTY_____


DATE___1/2/01_____TIME___11:00_____

*14*