UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6339-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,          :

     Plaintiff,                   :

v.                                 :

WILLIAM T. WILLIAMS,               :

     Defendant.                   :
_____

**STATUS REPORT**

A status conference was held in this cause on January 2, 2001. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case is ready of trial.

DATED at Fort Lauderdale, Florida, this 3rd day of January, 2001.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Larry Bardfeld (FTL)
AFPD Robert Norman Berube (FTL)