UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6339-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| WILLIAM T. WILLIAMS, | ) |
| Defendant. | ) |

**NIGHT BOX FILED**
JAN 1 7 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

**GOVERNMENT'S SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

> 6. A laboratory analysis of the substance seized in connection with this case is attached. The three bottles of rum contained a net weight of 743.1 grams of cocaine hydrochloride. The 75 pellets contained 385.2 grams of cocaine hydrochloride.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
Assistant United States Attorney
Florida Bar No. 712450
500 East Broward Boulevard, #700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255, ext. 3510
Fax: (954) 356-7336



**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this 18th day of January, 2001, to: Robert Berube, Assistant Federal Public Defender, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

Laurence M. Bardfeld
Assistant United States Attorney