UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6339-CR-FERGUSON

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

WILLIAM T. WILLIAMS, JR.,
    Defendant.
_____/



**MINUTES**
**CHANGE OF PLEA**

FILED by _____ D.C.
JAN 3 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. Ft. LAUD.

On January 31, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Robert Berube, AFPD, appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) _one_ of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

- ( )     The Court proceeded to pronounce sentence.
- (X)     The Court postponed sentencing until **4/13/01** at 9:00 a.m.,
- ( )     and the defendant was allowed to remain on present bond until then;
- ( )     and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;
- (X)     and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Paul Haferling</u>
Clerk <u>Troy T. Walker</u>

18