FILED
APR 13 2001

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6339-CR-WD

DEFENDANT William J. Williams    JUDGE WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER    DATE April 12, 2001

Court Reporter Carl Schanzleh    USPO Tracy Webb

AUSA L. Bendfeld / R. Powell    Deft's Counsel Robert Berube FPD

COUNTS DISMISSED All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to appeal

JUDGMENT AND SENTENCE

Imprisonment    Years    Months 27    Counts 1

Supervised Release 2 YR (see J'C for details)

Probation    Years    Months    Counts

Comments _____

Assessment $ 100.00    Fine $ None

Restitution /Other _____

CUSTODY
✓ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: That the defendant participate in the Short Treatment Program.

22