# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



September 6, 2005

United States District Court
Eastern District of North Carolina
201 South Evans Street
Room 209
Greenville, NC 27858-1137


RE:    *USA v. William T. Williams, Jr.*
       Case No. 00-6339-CR-GRAHAM

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

  –    (1) original form PROB 22 Transfer of Jurisdiction
  –    (1) certified copy of the Indictment/Information
  –    (1) certified copy of the J&C
  –    (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.


CLARENCE MADDOX
Clerk of Court


by: _____
       Donna Gay
       Deputy Clerk

Encl.

---

301 N. Miami Avenue     □299 E. Broward Boulevard     □701 Clematis Street     □301 Simonton Street     □300 S. Sixth Street
Room 150                Room 108                       Room 402                Room 130                 Ft. Pierce, FL 34950
Miami, FL 33128         Ft. Lauderdale, FL 33301       W. Palm Beach, FL 33401 Key West, FL 33040       772-595-9691
305-523-5100            954-769-5400                   561-803-3400            305-295-8100

| PROB 22<br>Rev. 2/88 | **TRANSFER OF JURISDICTION** | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| | | 00-6339-CR-FERGUSON<br>DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>William T. Williams, Jr.<br>4945 Galveston Drive, Apt. A<br>Fayetteville, North Carolina 283001 | DISTRICT<br>Southern District of Florida | DIVISION<br>Miami |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Wilkie D. Ferguson, Jr.<br>United States District Judge | |
| SD/FL PACTS No. 66414 | DATES OF PROBATION<br>SUPERVISED RELEASE | FROM<br>10/08/04 | TO<br>10/07/07 |

OFFENSE: Importation of Cocaine, in violation of Title 21, U.S.C. § 952 (a)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

    **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of North Carolina upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| July 7 2005 | |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

    **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| August 22, 2005 | |
|---|---|
| Effective Date | United States District Judge |

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 9-6-05

**United States Government**
**M E M O R A N D U M**

**DATE:**    August 30, 2005

**FROM:**    Andrea L. Figueiredo, Treatment/EM/Field Assistant
Miami Lakes, Florida

**SUBJECT:**    **WILLIAMS, William T. Jr.,**
**SD/FL PACTS NO.  66414**

**TO:**    Vanessa Powell-Bacourt, Operations Administrator
U.S. District Court, Miami, Florida



# *Attached please find the following:*

*1)*    ***MEMORANDUM:***  *Request for Transfer of Jurisdiction*

*2)*    *Probation Form 22, Transfer of Jurisdiction (one original)*